UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROSEMARY A. JACKSON, | ) |
| Petitioner, | ) |
| vs. | ) Case No. 4:09-CV-265 CDP |
| STATE OF MISSOURI, | ) |
| Respondent. | ) |

**ORDER OF TRANSFER**
**PURSUANT TO 28 U.S.C. § 1631**

**IT IS HEREBY ORDERED** that the instant petition is **TRANSFERRED** to the United States District Court for the Western District of Missouri pursuant to 28 U.S.C. § 1631.

Dated this 27th day of February, 2009.

_____
**UNITED STATES DISTRICT JUDGE**